

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

## Transfer of Criminal Case

Date: 12/11/2020

Address:

Case Title: USA v. Weeden

Northern District of Illinois Case No.: 1:20cr790   Other Court's Case No.: 2:20mj3037

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**   ☐ In   ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**   ☐ **F.R.Cr.P. 21**                ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                                                               Sincerely,
                                                                Thomas G. Bruton, Clerk of Court

                                                                 By: /s/B. Gudausky
                                                                     Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                                                Clerk, U.S. District Court
Date:                                                              By:
                                                                 Deputy Clerk